1

2          UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
3
4   _____        )    Case No. C-08-809 SBA
                                            )
    UNITED STATES OF AMERICA,               )
5                                           )    **ORDER**
                 Plaintiff,                 )    [Docket No. 10]
6        vs.                                )
                                            )
7   CURTIS MORRIS,                          )
                                            )
8                Defendant.                 )
                                            )
9                                           )
    _____        )
10

11          Before the Court is the unopposed application permitting counsel for Curtis

12  Morris to Bring a Computer and Recorded Videotape, relating to the above-captioned

13  case, to the North County Jail in Alameda County.

14          Counsel for Mr. Morris attests that he was informed by officials of the North

15  County Jail that a court order is required before counsel can enter the facility with a

16  laptop computer and recorded videotape.  Counsel was provided material in discovery

17  by the Government that is relevant to the charged conduct, and now seeks to review

18  this material with the defendant.

19          The Court, having been informed by Sergeant Griffin of the North County Jail

20  that a court order is not required before counsel can enter the facility with a laptop

21  computer and recorded videotape, HEREBY DENIES AS MOOT the application.

22  Counsel should give the North County Jail 24-hour notice of his proposed visit with

23  laptop and material, and be prepared to subject the laptop and material to a security

24  check.

25          IT IS SO ORDERED.

26

27  Dated: 1/15/19

28                                          _____
                                            Saundra Brown Armstrong
                                            United States District Judge