1  JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
   400 Montgomery Street
2  Suite 200
   San Francisco, CA   94104
3  (415) 391-4814
   (415) 391-4308 (FAX)
4
   Attorney for Defendant
5  CURTIS MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0809 SBA (KAW) |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND P~~ROPOSED~~** |
| vs. | ) | **ORDER RE ELIGIBILITY FOR** |
| | ) | **DEFENDANT TO POTENTIALLY BE** |
| CURTIS MORRIS, | ) | **PLACED IN HALFWAY HOUSE** |
| Defendant. | ) | |

The parties, through counsel of record, hereby ask this Court for an Order authorizing and requesting the United States Probation Department to begin the process of potentially placing defendant MORRIS in a Residential Reentry Center (RRC) halfway house, in advance of a status hearing on this issue now set for August 26, 2014.

1. The defendant is currently on supervised release in this case, following his conviction and sentencing for a violation of distribution of cocaine base, in violation of 21 U.S.C. section 841(a)(1).

2. On August 18, 2014, this Court remanded the defendant into custody following a detention hearing on the Form 12 petition now pending against the defendant.  The Court also set a hearing for August 26, 2014, for a status hearing on the defendant's possible placement in a halfway house.

1

3. Probation Officer Lapizco has informed the parties that the Probation Office cannot begin the process of exploring possible placement into an available halfway house without an order from the Court authorizing the Probation Office to seek placement for a specified time period.   Office Lapizco recommended setting an initial period of four months.

4. Counsel for the defendant has spoken with MORRIS, who has agreed to accept placement in a halfway house for a minimum period of four months, if the Court so orders.

ACCORDINGLY, the parties ask this Court for an order authorizing the Probation Office to initiate the process of potentially placing the defendant in a Residential Reentry Center for an initial period of four months.  A proposed order is submitted with this stipulation.

Dated: August 19, 2014.         Respectfully submitted,

/s/ *Randall Scott Luskey*
RANDALL SCOTT LUSKEY
Asst. U.S. Attorney


 /s/ *John J. Jordan*
JOHN J. JORDAN
Counsel for CURTIS MORRIS

### [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the United States Probation Office is authorized and directed to initiate the process of potentially placing defendant MORRIS in a Residential Reentry Center (RRC) halfway house, for an initial period of four months.  Any placement decision will be made by the court at the status conference on August 27, 2014.

IT IS SO ORDERED.

Dated: August  19 , 2014.

_____
JUDGE KANDIS A. WESTMORE
United States Magistrate Judge