JOHN J. JORDAN, ESQ.   (Cal. State Bar No. 175678)
400 Montgomery Street
Suite 200
San Francisco, CA   94104
(415) 391-4814
(415) 391-4308 (FAX)

Attorney for Defendant
CURTIS MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0809 SBA (KAW) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER RELEASING DEFENDANT TO BE PLACED IN A RESIDENTIAL REENTRY CENTER** |
| CURTIS MORRIS, | ) | |
| Defendant. | ) | |

The parties, through counsel of record, hereby ask this Court for an Order authorizing the release of defendant CURTIS MORRIS from federal custody on Thursday, September 11, 2014, so that MORRIS may be transferred on that day to the Residential Reentry Center (RRC) GEOCARE halfway house in San Francisco, California.

1. The defendant is currently on supervised release in this case, following his conviction and sentencing for a violation of distribution of cocaine base, in violation of 21 U.S.C. section 841(a)(1).

2. On August 18, 2014, this Court remanded the defendant into custody following a detention hearing on the Form 12 petition then pending against the defendant.

3. On August 26, 2014, this Court held a status hearing on the defendant's possible placement in a RRC.  At that time, the parties reached a settlement to the Form 12 petition, with

1

an agreement to a proposed amendment to MORRIS' conditions of supervised release that included a new requirement that MORRIS shall reside for a period of up to eight (8) months, to commence immediately upon release, in a RRC, and shall obey the rules of that facility.

  4. On September 8. 2014, the Hon. Saundra Brown Armstrong adopted the proposed settlement and signed an Order modifying MORRIS' conditions of supervised release to include the requirement that MORRIS shall reside for a period of up to eight (8) months, to commence immediately upon release, in a RRC, and shall obey the rules of that facility.

  5. On September 9, 2014, U.S. Probation Officer Alton P. Dural, Jr., contacted counsel for defendant and informed counsel that he believed a transfer to the RRC could be accomplished on Thursday, September 11, 2014, and asked counsel to prepare this stipulation and request for a release order.

  ACCORDINGLY, the parties ask this Court for an order authorizing the release of CURTIS MORRIS from federal custody on Thursday, September 11, 2014, and order MORRIS to immediately report to the RRC in San Francisco, CA, that same day.  A proposed order is submitted with this stipulation.

Dated: September 9, 2014  Respectfully submitted,

          /s/ *Randall Scott Luskey*
          RANDALL SCOTT LUSKEY
          Asst. U.S. Attorney


           /s/ *John J. Jordan*
          JOHN J. JORDAN
          Counsel for CURTIS MORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0809 SBA (KAW) |
| Plaintiff, | ) | (Proposed) **ORDER RELEASING DEFENDANT TO BE PLACED IN A RESIDENTIAL REENTRY CENTER** |
| vs. | ) | |
| CURTIS MORRIS, | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE, the above-listed defendant CURTIS MORRIS is ORDERED released from federal custody on Thursday, September 11, 2014, so that MORRIS may be transferred on that day to the Residential Reentry Center (RRC) GEOCARE halfway house in San Francisco, California.

FURTHER, the defendant CURTIS MORRIS is ORDERED to report, immediately upon his release, to the Residential Reentry Center (RRC) GEOCARE halfway house in San Francisco, California, and obey all conditions of his supervised release, including all rules of the RRC facility.

IT IS SO ORDERED.

Dated: September 9, 2014

_Kandis Westmore_
JUDGE KANDIS A. WESTMORE
United States Magistrate Judge

1